# Exhibit A

## Jared Kopka

| | |
|---|---|
| **From:** | Yannis Varvitsiotis |
| **Sent:** | Monday, September 11, 2017 8:59 AM |
| **To:** | Jesleen Borres |
| **Cc:** | MBC Hellas - Ops |
| **Subject:** | MV KN Forest / phoenix Global - Clean recap of CP dated 11th September, 2017 |
| **Attachments:** | KN Forest HSL BALTIC EXCHANGE DRY CARGO QUESTIONNAIRE.XLSX |

JESLEEN

PLS KIOSK

With best regards

Yannis Varvitsiotis

Hellas Chartering
Tel: +30 210 6090 744
Mob: +30 693 2429 676



**From:** Fix [mailto:fix@capu.ch]
**Sent:** Monday, September 11, 2017 4:08 PM
**To:** Yannis Varvitsiotis <yvarvitsiotis@mbc-hellas.com>; Hazel Tran <htran@marbrokers.com>
**Cc:** MBC Hellas - Chartering <chartering@mbc-hellas.com>
**Subject:** Miss Hazel and Yannis / Ulrik - MV KN Forest / phoenix Global - Clean recap of CP dated 11th September, 2017

```
TO: CHRRS, PHOENIX GLOBAL         KIND ATTN: RAMENDAR
TO: OWNERS: HUDSON                 KIND ATTN: YANNIS
TO: OWS, HUDSON-OPS DEPT          KIND ATTN: MISS HAZEL
FM: CAPU SHIPBROKERS              ULRIK SKYTTE
```

MV KN FOREST / PHOENIX GLOBAL  - CLEAN RECAP OF CP DATED 11TH SEPTEMBER, 2017
- -
REF TALKS AND AS PER YOUR AUTHORITY IM PLEASED TO RECAP WHAT HAS BEEN AGREED IN FULL WITH ALL SUBS DULY LIFTED IN DUE TIME

1

```
MV KN FOREST
SDBC BUILT 2013 TSUNEISHI
58,037 MT DWT ON 12.826M SSW
LOA/BEAM/TPC 189.99M/ 32.26M/57.5
GRAIN: 72,631.5 CBM
5 HO-5 HA / 4X30 MT CRANES + GRABS
ADA
```

OWS TO ADVISE/CFM:

-FULL ITINERARY INCL FULL STYLE AND CONTACT DETAILS OF AGENTS ATTENDING AT LAST PORT :
ALIAGA, ETC 15 SEPT, AGW, WP, UCE, WOG
-VSLS EST INTAKE : ABT  55.5K / 56K MTS SUBS TO SF AND MASTER'S RECONF
-INTN STOWAGE PLAN - STOWAGE ONLY IN MAIN HOLDS AND NO OTHER PART CGO ALLOWED
-OWS TO CFM VESSEL CAN SAFELY LOAD/STOW AND CARRY THE CARGO WITHOUT ANY BAGGING/STRAPPING OR
SECURING OF THE CARGO BEING REQUIRED

OWSCFM  VESSEL TO BE:

-SELFTRIMMING / SINGLE DECK BULK CARRIER MAX 20 YEARS AND GEARED WITH MIN 25 MTS GEAR AND
GRABS
-VESSEL SHALL NOT CHANGE CLASS AND/OR OWNERSSHIP WITHOUT CHRRS PRIOR WRITTEN CONSENT FOR THE
DURATION OF THE VOYAGE
-CLASSED HIGHEST LLOYDS OR EQUIVALENT WITH FIRST CLASS INTERNATIONAL CLASSIFICATION SOCIETY
AND SAME TO BE MAINTAINED FOR THE DURATION OF THE VOYAGE
-VSLS HNM INSURANCE TO BE FULLY MAINTAINED AND WILL NOT BE CHANGED DURING THE DURATION OF THE
VOYAGE
-VSL NOT TO BE SCHEDULED FOR SCRAP/BREAK-UP DURING OR AFTER THE COMPLETION OF THIS VOYAGE
-BOTH THE COMPANY AND THE VSL TO COMPLY WITH THE ISM CODE/ISPS CODE AS PER IMO REGULATIONS /
NEW SOLAS CONVENTION INCL ANY/ALL
SUBSEQUENT UPDATES

- OWNERS G'TEE TO PERFORM THE VOYAGE AS AGREED AND OWNERS NOMINATED PERFORMING VSL MUST
TENDER WITHIN THE AGREED LAYCAN.

- All Nego n eventual fixture to be kept strictly pnc

- PLS ADV VSL'S FULL TC DESCRIPTION INCL
  CLASS
  PNI CLUB
  INDV GRAIN CAP / HATCH DIMENSION
  LAST 3 CARGOS /  LAST 3 CHARTERERS OF LAST 3 CARGOES: scrap (last) / mineral sands / grains
  SUM INSURED N NAME OF HNM U/WRITERS
  VSL'S ITIN N CURRENT DISCHG AGENTS F/STYLE
  SPEED : abt 13 knots wog

- HEADOWNRS/ DISPONENT OWNRS FULL NAME N F/STYLE : HEAD OWS / HUDSON SHIPPING LINES

- MANAGERS FULL NAME N F/STYLE

- LAST DRYDOCK / SPECIAL SVY - DATE AND PLACE
- GEARS CAPACITY
- VSL'S GEAR OUTREACH
- VSL'S INMARSET NO./ E-MAIL ADRESS
- MASTER NAME / NATIONALITY

- PLS FAX COPY OF FLWG CERTS

1) CLASS
2) PNI
3) REGISTRY
4) SMC N DOC
5) HNM U/WRITERS CERT
6) GEARS
7) DRYDOCK CERT / SUPPORTING DOCS

FOR

1. ACCT PHOENIX GLOBAL DMCC, DUBAI

2. QTY 55,000 MT 10 PCT MOLOO BULK WHEAT S/F ABT 44' AS FULL AND SOLE CARGO

3. LDG 1-2 S/A 1 SP KAVKAZ / KAVKAZ OPL

4. DISCH 1-2 SA 1 SP CHITTAGONG

5. LAYCAN : 15 - 21TH SEPTEMBER 2017

6. LD RATE 8.000 MT PWWD FRI 1700 SSHEX MON 0800 EIU

7. DIS RATE 3.000 MT PWWD THU NOON FHEX SAT 0800 EIU

8. FRT USD ▮▮▮ PMT FIOST

OWNERS BANKING DETAILS:

Beneficiary Bank: ▮▮▮
Swift: ▮▮▮
Account Number: ▮▮▮
Beneficiary Name: ▮▮▮

9. 97% FRT PAYABLE UPON COMPLETION OF LOADING N AFTER S/R BS.L MARKED "CLEAN ON BOARD" AND "FRT PAYABLE AS PER CP". IF BS/L MARKED "FRT PREPAID" THEN SAME TO REMAIN UNDER AGENTS CUSTODY AND TO BE RELEASE UPON RECPT OF TT COPY FM CHTRS THAT 100 PCT FREIGHT HAS BEEN REMITTED.

FRT DEEMED EARNED UPON CARGO BEING LOADED ONBOARD DISCOUNTLESS AND NON RETURNABLE VESSEL AND/OR CARGO LOST OR NOT LOST

BAL 3 PCT FRT PLUS DEMM/DESP TO BE SETTLED WITHIN 30 DYS AFT COMPLTN OF DISCHG AND RECPT OF ALL SUPPORTING DOCUMENTS.

10. DEM/DES: USD 16.000/ DHD WTS BENDS. ONCE ON DEMURRAGE, ALWAYS ON DEMURRAGE ALWAYS TO APPLY

11. ▮▮▮

12. CHTRS NOMINATED AGENTS BENDS AGAINST OWNRS PAYING CUSTOMARY PORT DA

13. ▮▮▮



14. ALL TAXES/DUES/CHARGES ON VSL N FRT AND ALL LOCAL TAXES/DUES TO BE FOR OWNRS ACCT BOTH ENDS. ALL TAXES/DUES/CHARGES ON CGO TO BE FOR CHTRS ACCT BOTH ENDS

15. OWNERS/VSL FREE OF ANY OAP N CHARTERERS FREE ANY ADDITIONAL WAR RISK PREMIUM OR WHATSOEVER FOR CALLING CHTRS INTENDED PORTS



17. WEIGHT AT LOAD PORT TO BE DETERMINDED BY JOINT DRAUGHT SURVEY OR SHORE SCALE WEIGHMENT AS PER CUSTOMARY PRACTICE, AND WEIGHT AT DISCHG PORTS TO BE DETERMINED BY JOINT DRAUGHT SURVEY BY BOTH OWNERS/MASTER N CHRTS SVYRS

18. NOR TO BE TENDERED DURING OFFICE WIPON/WIBON/WIFPON/WCCON FM 1000 HRS TO 1700 HRS MON - FRI AT LOAD AND SAT - WED FM 1000 HRS TO 1700 HRS AND THURS 1000 T0 1200 HRS ONLY AT DISCHARGE.
LAYTIME AT BOTH LOAD N DISCHPORT TO COUNT 24 HRS AFT TENDERING OF VALID NOR

19. OWNERS GTEE VSL IS SUITABLE TO LOAD BULK WHEAT AND HAS ALL RELEVANT CERTS AND  GRAIN LOADING BOOKLET ONBOARD, AND GUARANTEE CAN TRADE/CALL CHARTERERS INTENDED PORTS



22. ARBTN IN LONDON UNDER LMAA RULES AND ENGLISH LAW TO APPLY UNDER THIS CHARTER PARTY

23. OWISE AS PER HUDSON TBN / PHOENIX CP DATED 7TH JUNE, 2017

24. COMM : ▇▇▇▇▇▇▇▇▇
END

Brgds
CAPU Shipbrokers
Ulrik Skytte

Tel: +41 22 784 2747
Mob: +41 79 72 77 886
Skype: ulrikskytte@hotmail.com

5