# Exhibit B



# Laytime Statement

| | | | | |
|---|---|---|---|---|
| Vessel: | **KN Forest** | | Voyage: **2205012** | CP FORM: |
| Charterer: | **PHOENIX GLOBAL DMCC, DUBAI** | | C/P Date: **11.09.2017** | |

**Port: KAVKAZ**
**Loading 55822.985 MT of Wheat**

| | | | |
|---|---|---|---|
| LayCan: | | | |
| Terms: | **8000  1700FRI / 0800MON** | Laytime Allowed: | **6.97787  (6d 23h 28m )** |
| Demurrage: | **USD 16,000.00** | Despatch: | **USD 8,000.00** |
| Laytime Commenced: | **21.09.2017 10:00** | Laytime Completed: | **18.10.2017 23:00** |

## Statement of Facts

| Event | Time |
|---|---|
| **Laytime Commenced** | **21.09.2017 10:00** |
| **Laytime Completed** | **18.10.2017 23:00** |

## Activities

| Date | From | Until | % | Activity | Time Used | Accumulated |
|---|---|---|---|---|---|---|
| Thu 21 Sep 17 | 21 Sep 10:00 | 22 Sep 17:00 | 100 | Time counting | 1d 07h 00m | 1d 07h 00m |
| Fri 22 Sep 17 | 22 Sep 17:00 | 25 Sep 08:00 | 0 | Loading term | 0d 00h 00m | 1d 07h 00m |
| Mon 25 Sep 17 | 25 Sep 08:00 | 29 Sep 17:00 | 100 | Time counting | 4d 09h 00m | 5d 16h 00m |
| Fri 29 Sep 17 | 29 Sep 17:00 | 02 Oct 08:00 | 0 | Loading term | 0d 00h 00m | 5d 16h 00m |
| Mon 02 Oct 17 | 02 Oct 08:00 | 18 Oct 23:00 | 100 | Time counting | 16d 15h 00m | 22d 07h 00m |
| Tue 03 Oct 17 | 03 Oct 15:28 | | | **Vessel on Demurrage** | | |
| | | | | | | 22d 07h 00m |

## Port Summary

| | | |
|---|---|---|
| Laytime Allowed | 6.97787 | 6d 23h 28m |
| Laytime Used | 22.29167 | 22d 07h 00m |
| Time Saved/Lost | -15.31380 | - 15d 07h 32m |

## Laytime Summary

| | | | | |
|---|---|---|---|---|
| **Laytime allowed** | **6d 23h 28m** | (6.97787 days) | | |
| **Laytime Used** | **22d 07h 00m** | (22.29167 days) | | |
| **Demurrage:** | **15d 07h 32m** | (15.31380 days) | @ USD 16000/day | USD 245,020.80 |



# Laytime Statement

| | | | |
|---|---|---|---|
| Vessel: | **KN Forest** | Voyage: **2205012** | CP FORM: |
| Charterer: | **PHOENIX GLOBAL DMCC, DUBAI** | C/P Date: **11.09.2017** | |

### Port: CHITTAGONG
**Discharging 55822.985 MT of Wheat**

| | | | |
|---|---|---|---|
| Terms: | **3000  SATPMMONSHEX** | Laytime Allowed: **18.60766  (18d 14h 35m )** | |
| Demurrage: | **USD 16,000.00** | Despatch: **USD 8,000.00** | |
| Laytime Commenced: | **17.11.2017 10:00** | Laytime Completed: **05.02.2018 22:30** | |

## Statement of Facts

| Event | Time |
|---|---|
| Laytime Commenced | 17.11.2017 10:00 |
| Laytime Completed | 05.02.2018 22:30 |

## Activities

| Date | From | Until | % | Activity | Time Used | Accumulated |
|---|---|---|---|---|---|---|
| Fri 17 Nov 17 | 17 Nov  10:00 | 18 Nov  08:00 | 0 | discharging term | 0d 00h 00m | 0d 00h 00m |
| Sat 18 Nov 17 | 18 Nov  08:00 | 23 Nov  12:00 | 100 | Time counting | 5d 04h 00m | 5d 04h 00m |
| Thu 23 Nov 17 | 23 Nov  12:00 | 25 Nov  08:00 | 0 | discharging term | 0d 00h 00m | 5d 04h 00m |
| Sat 25 Nov 17 | 25 Nov  08:00 | 30 Nov  12:00 | 100 | Time counting | 5d 04h 00m | 10d 08h 00m |
| Thu 30 Nov 17 | 30 Nov  12:00 | 02 Dec  08:00 | 0 | discharging term | 0d 00h 00m | 10d 08h 00m |
| Sat 02 Dec 17 | 02 Dec  08:00 | 07 Dec  10:00 | 100 | Time counting | 5d 02h 00m | 15d 10h 00m |
| Thu 07 Dec 17 | 07 Dec  10:00 | 07 Dec  12:00 | 0 | Weather | 0d 00h 00m | 15d 10h 00m |
| | 07 Dec  12:00 | 09 Dec  08:00 | 0 | discharging term | 0d 00h 00m | 15d 10h 00m |
| Sat 09 Dec 17 | 09 Dec  08:00 | 09 Dec  08:25 | 0 | Weather | 0d 00h 00m | 15d 10h 00m |
| | 09 Dec  08:25 | 09 Dec  09:00 | 100 | Time counting | 0d 00h 35m | 15d 10h 35m |
| | 09 Dec  09:00 | 09 Dec  09:20 | 0 | rain | 0d 00h 00m | 15d 10h 35m |
| | 09 Dec  09:20 | 09 Dec  12:00 | 100 | Time counting | 0d 02h 40m | 15d 13h 15m |
| | 09 Dec  12:00 | 09 Dec  12:45 | 0 | rain | 0d 00h 00m | 15d 13h 15m |
| | 09 Dec  12:45 | 09 Dec  21:20 | 100 | Time counting | 0d 08h 35m | 15d 21h 50m |
| | 09 Dec  21:20 | 09 Dec  22:50 | 0 | rain | 0d 00h 00m | 15d 21h 50m |
| | 09 Dec  22:50 | 14 Dec  08:24 | 100 | Time counting | 4d 09h 34m | 20d 07h 24m |
| Tue 12 Dec 17 | 12 Dec  15:35 | | | **Vessel on Demurrage** | | |
| Thu 14 Dec 17 | 14 Dec  08:24 | 14 Dec  12:48 | 0 | shift | 0d 00h 00m | 20d 07h 24m |
| | 14 Dec  12:48 | 05 Feb  22:30 | 100 | Time counting | 53d 09h 42m | 73d 17h 06m |
| | | | | | | 73d 17h 06m |

## Port Summary

| | | |
|---|---|---|
| Laytime Allowed | 18.60766 | 18d 14h 35m |
| Laytime Used | 73.71251 | 73d 17h 06m |
| Time Saved/Lost | -55.10485 | - 55d 02h 31m |

## Laytime Summary

| | | | | |
|---|---|---|---|---|
| **Laytime Allowed** | **18d 14h 35m** | (18.60766 days) | | |
| **Laytime Used** | **73d 17h 06m** | (73.71251 days) | | |
| **Demurrage:** | **55d 02h 31m** | (55.10485 days) | @ USD 16000/day | USD 881,677.60 |