# Exhibit C

## DECLARATION

John B. Kopf, pursuant to the provisions of 28 U.S.C. § 1746, declares and states as follows:

1. I am an attorney admitted to practice before this Court and I am a partner with the firm of Thompson Hine LLP, attorneys for Plaintiff, and I am familiar with the facts of this matter.

2. Upon information and believe, and to the best of my knowledge, the above-named Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Admiralty or Maritime Claims.

4. I caused a search to be made by going to the Ohio State Department of State website (www.sos.state.oh.us.com) and searching the Corporation and Business Entity Database for the Defendant, Phoenix Global DMCC. This database contained no record of the Defendant having authority to do business in Ohio. I also caused a search to be made of additional, online directories for Ohio and found no listings for the Defendant in this District.

6. I am also unaware of any general or managing agents within this District for the Defendant.

7. For the foregoing reasons, it is my informed belief that the Defendant cannot be served with process within the District and that the Defendant cannot be "found" within the District within the meaning of Rule B of the Supplemental Rules for Admiralty or Maritime Claims.

8. I therefore respectfully request, on behalf of the Plaintiff, that the Court issue an order directing the Clerk of the Court to issue Process of Maritime Attachment and Garnishment with respect to the Defendant's property within the District.

Dated: May 15, 2018

_____
John B. Kopf (0075060)
Robert W. Burger (0068539)
THOMPSON HINE LLP
41 South High Street, 17th Floor
Columbus, Ohio 43215
(614) 469-3200 / (614) 469-3361 (fax)
john.kopf@thompsonhine.com
rob.burger@thompsonhine.com

*Attorneys for Plaintiff*

2