# Exhibit D



## LLC FILE DETAIL REPORT

| File Number | 05111404 | | |
|---|---|---|---|
| Entity Name | PHOENIX COMMODITIES USA LLC | | |
| Status | ACTIVE | On | 03/20/2018 |
| Entity Type | LLC | Type of LLC | Foreign |
| File Date | 04/06/2015 | Jurisdiction | OH |
| Agent Name | ILLINOIS REGISTERED AGENT INC | Agent Change Date | 04/06/2015 |
| Agent Street Address | 5405 WEST MARGARET STREET | Principal Office | 129 PINCKNEY ST CIRCLEVILLE, OH 43113 |
| Agent City | MONEE | Managers | View |
| Agent Zip | 60449 | Duration | PERPETUAL |
| Annual Report Filing Date | 03/20/2018 | For Year | 2018 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

**OTHER SERVICES**

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office Address

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



**LLC MANAGERS**

| Entity Name | PHOENIX COMMODITIES USA LLC | File Number | 05111404 |
|---|---|---|---|
| **Name** | **Address** | | |
| DHAWAN, GAURAV | 44TH FL BLDG AA1 MAZAYA BUS AV, DUBAI, AO - 999990000 | | |
| NAJUNGUD, RAMENDAR | 44TH FL BLDG AA1 MAZAYA BUS AV, DUBAI, AO - 999990000 | | |
| GAGAD, SUSHANT | 2ND FL KINETA TOWERS, TELANGANA, IN - 999990000 | | |

Close

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE