# Exhibit E

Select Language ▼

E-mail   Site Map   Linked in

| Home | About Us | Our Business | Our Global Presence | Contact Us | Media Centre |

**Contact Us**

## Phoenix Global DMCC

(Formerly Phoenix Commodities DMCC)

**Head Office**

44th Floor, Building - AA1
Mazaya Business Avenue
Jumeirah Lakes Towers (JLT)
P.O. Box 49451
Dubai, United Arab Emirates
Tel: +971-4-4501200, Fax: +971-4-4501210
Email: contact@phoenixgroup.net

➜ Australia
➜ India
➜ Kenya
➜ South Africa
➜ Thailand
➜ Ukraine
➜ USA

**PHOENIX COMMODITIES USA LLC**

661 Hopewell Drive
Heath, Ohio USA 43056
Tel: +1-740-281-1717, Fax: +1-740-522-1636
Email: usa.agri@pclworld.net

➜ Vietnam
➜ Yemen

### Submit your Details

Name*:

Email*:

Contact No.:
+

Reason for Contact*:
Select

Comments*:

Document Upload:
Browse...
Only .pdf, .doc, and .docx files are allowed
(max upload size - 4mb)

Submit

---

| Home | About Us | Agrifoods | Natural Resources | Strategic Investments | Our Global Presence | Contact Us |
| Vision and Philosophy | Phoenix Over the Years | Rice | Coal | Farming | Worldwide Operations | Career Opportunities |
| Company Overview | Our Values | Basmati Rice | Iron Ore | Brands & Retail | Multifaceted Operations | Contact Us |
| | Competitive Advantage | Sugar | | V. A. P. Foods | | |
| | Culture and Ethos | Pulses & Specialty Crops | | Coal Grading Plant | | Media Centre |
| | Management | Grains & Feeds | | | | Phoenix in the News |
| | | Fresh Produce | | | | |

Copyright © 2018 Phoenix Global DMCC

Website Design By Technogen IT Services

**Case: 2:18-cv-00478-GCS-EPD Doc #: 1-5 Filed: 05/15/18 Page: 3 of 5 PAGEID #: 27**
Select Language

E-mail  Site Map  Linked in

| Home | About Us | Our Business | Our Global Presence | Contact Us | Media Centre |

Our Global Presence

## Worldwide Operations



| Home | About Us | Agrifoods | Natural Resources | Strategic Investments | Our Global Presence | Contact Us |
|---|---|---|---|---|---|---|
| Vision and Philosophy | Phoenix Over the Years | Rice | Coal | Farming | Worldwide Operations | Career Opportunities |
| Company Overview | Our Values | Basmati Rice | Iron Ore | Brands & Retail | Multifaceted Operations | Contact Us |
| | Competitive Advantage | Sugar | | V. A. P. Foods | | |
| | Culture and Ethos | Pulses & Specialty Crops | | Coal Grading Plant | | Media Centre |
| | Management | Grains & Feeds | | | | Phoenix in the News |
| | | Fresh Produce | | | | |

Select Language ▼

E-mail    Site Map    Linked in

| Home | About Us | Our Business | Our Global Presence | Contact Us | Media Centre |

Our Business

 Management



Over the years we have attracted, trained and developed leaders who embody the entrepreneurial spirit that makes us who we are today. Our success begins with our management team who practice what they preach and lead by example. The ownership and management of Phoenix is inter-linked and leads a cohesive team of professionals, striving for excellence and delivering value to our business partners.

**Operations at Phoenix are spearheaded by the following key personnel:**

## The Man Behind the Mission



### Gaurav Dhawan
**Executive Chairman**

- A co-founder of the company and the Executive Chairman , Gaurav has been at the helm of the Phoenix Group and continues to be the majority shareholder
- The driving force behind the expansion of the Group from a medium sized business, into an integrated agri-business conglomerate, active across multiple product lines and jurisdictions
- Leading the overall strategy of the group, acquisition of assets, and expansion into new opportunities, geographies, and products, he promises and delivers sustained and steady growth to the company and all its stakeholders
- Gaurav also has active interests in technology and pharmaceutical sectors
- He is extremely passionate about environmental sustainability, social care, and community involvement, and applies the same in his professional and personal life
- Gaurav has a Masters in International Business from IIFT, Delhi, and has resided in Kenya, Thailand, Singapore, and the UAE, besides having traveled extensively across the globe

## Key Management: Business Platform



### Ekalavya Chandra
18 years exp.. | Ex Olam, Conagra Agtotech
**Director & Business Head - Rice**



### Raja Banerjee
19 years exp.. | Ex G. Premjee
**Business Head - Minerals**



### Nikunj Kumar
13 years exp. | Ex Noble Grain, Glencore
**Business Head - Pulses & Specialty Crops**



### Sudip Basu
23 years exp. | Ex. ITC Agro
**Country Head - Indian Agri business**



### Arup Gupta
19 years exp. | Ex G. Premjee
**Country Head - Vietnam & Gen. Director**



### Abhijit Roy Chowdhary
26 years exp. | Ex Louis Dreyfus, Al Khaleej Sugar
**Business Head - Sugar**


### Ashish Narain
21 years exp. | Ex Hayel Saeed
Business Head - Pakistani Rice Origin


### Arnab Sengupta
20 years exp. | Ex Thai Union Europe, Americana
Business Head - Retail Distribution

## Key Management: Country Heads


### Vijay Gopal Krishnamurthy
18 years exp.. | Ex Castrol, Olam
Head - West Africa


### Ashish Kaul
26 years exp.. | Ex G. Premjee
Country Head - Kazakhstan


### Santosh Shetty
26 years exp. | Ex Nestlé, Eximco, Olam
Country Head - Mozambique


### Govindasamy Subrmooney
26 years exp. | Save Cash & Carry
Country Head - South Africa


### Dembele Brahima
19 years exp. | Ex Sodiro, Olam
Country Head - Ivory Coast

## Key Management : Central Service


### Neeraj Gupta
16 years exp.. | Ex Olam, Adani
Group Financial Market Controller


### Nitin Navandher
17 years exp. | Ex. Ernst & Young
Head -Corporate Finance


### Sanjay Sethi
26 years exp. | Ex ETG, Jain Irrigation
Director - Sustainability


### Ashok Agarwal
9 years exp. | Ex Ernst and Young
Head -Corporate Finance


### Kanish Gupta
10 years exp. | Ex Olam
Head - Human Resources


### J Kiran Kumar
10 years exp. | Ex monster.com
Head - Accounting

---

| Home | About Us | Agrifoods | Natural Resources | Strategic Investments | Our Global Presence | Contact Us |
|---|---|---|---|---|---|---|
| Vision and Philosophy | Phoenix Over the Years | Rice | Coal | Farming | Worldwide Operations | Career Opportunities |
| Company Overview | Our Values | Basmati Rice | Iron Ore | Brands & Retail | Multifaceted Operations | Contact Us |
| | Competitive Advantage | Sugar | | V. A. P. Foods | | |
| | Culture and Ethos | Pulses & Specialty | | Coal Grading Plant | | Media Centre |
| | Management | Crops | | | | Phoenix in the News |
| | | Grains & Feeds | | | | |
| | | Fresh Produce | | | | |

Copyright © 2018 Phoenix Global DMCC

Website Design By Technogen IT Services