AO 440 (Rev. 06/12) Summons in a Civil Action

# United States District Court
for the

Southern District of Ohio

**Hudson Shipping Lines, Inc.**

*Plaintiff(s),*

v.

**Phoenix Global DMCC**

*Defendant(s)*

Civil Action No. 2:18-cv-00478-GCS-EPD

**District Judge Smith**

**Magistrate Judge Preston Deavers**

## SUMMONS

To: *(Defendant's name and address)*   Phoenix Global DMCC
In Care Of Its Statutory Agent
ILLINOIS REGISTERED AGENT INC.
4505 WEST MARGARET STREET
MONEE, ILLINOIS 60449

A lawsuit has been filed against you.

On May 19, 2018, the garnishee in this action, Phoenix Commodities USA LLC, was served with Process of Maritime Attachment and Garnishment, a copy of which Process is included with this Summons. Pursuant to Rule B(3)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, within 30 days of May 19, 2018, you must serve on the plaintiff an answer to the enclosed Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is:

John B. Kopf, Esq.
THOMPSON HINE LLP
41 South High Street, 17th Floor
Columbus, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:15-cv-00478-GCS-EPD**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                     _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc: